UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA                                                                        Plaintiff

v.                                                                       Criminal Action No. 3:23-cr-106-RGJ

VIRGIL JACKSON                                                                                  Defendant

\* \* \* \* \*

## ORDER FOLLOWING ARRAIGNMENT

This matter came before the Court, by video, on January 16, 2024, for the purposes of initial appearance and arraignment. There appeared Alicia P. Gomez, Assistant United States Attorney, and Defendant, Virgil Jackson, in custody. The proceedings were digitally recorded.

The Court questioned the defendant under oath and found him eligible for appointed counsel. Aaron M. Dyke, Assistant Federal Defender, was present and accepted the appointment on behalf of the Office of the Federal Defender.

As to the matter of arraignment, Defendant, by counsel, acknowledged his identity. He further acknowledged having been furnished a copy of the Indictment and advised of the nature of the charge contained therein. Counsel, on behalf of Defendant, waived formal reading of the Indictment and entered a plea of **NOT GUILTY** to the charge contained therein.

At the request of counsel, **IT IS HEREBY ORDERED** as follows:

(1)  Status Conference. This matter is assigned for a **status conference on January 17, 2024 at 12:30 p.m.** before Judge Rebecca Grady Jennings at the Gene Snyder United States Courthouse, Louisville, Kentucky.

(2)   <u>Detention</u>. The defendant, through counsel, waived his right to a detention hearing at this time, however, reserved the right to request one at a later date. Accordingly, the defendant is remanded to the custody of the United States Marshal pending further order of the Court.

Colin H Lindsay, Magistrate Judge
United States District Court

January 17, 2024

Copies to:   Counsel of record
Probation Office
Jury Administrator

|10