UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA                                                                                   Plaintiff

v.                                                                                   Criminal Action No. 3:23CR-106-RGJ

VIRGIL JACKSON, ET AL.                                                                                   Defendants

\* \* \* \* \*

**<u>MEMORANDUM OF CONFERENCE AND ORDER</u>**

An in-person status conference was held in this matter on February 20, 2024 before the Honorable Rebecca Grady Jennings, United States District Judge.  The Court's official reporter was April Dowell.  The following counsel participated in the status conference:

For the United States: Alicia Gomez, Assistant United States Attorney

For the Defendant(s): Don Meier, Assistant Federal Defender, for Virgil Jackson, who was present in person and in custody.

Rob Eggert, retained counsel, for Decorey Sharroad Hodges, who was present in person and in custody.

The Court and counsel discussed the procedural posture of the case.  Counsel for the United States stated that additional discovery will be uploaded today and it will be produced to defense counsel by the end of the week.  Information from California involving juvenile court hearings have been received by the United States and will be produced.  Transcripts are waiting on payment to be issued and completion by the Court Reporter.  Counsel for defendant Jackson stated that he is waiting on the production of the additional discovery and anticipates filing a motion to suppress within the next two weeks.  Additional discussions were held as to the defendant's medical needs at the jail; the United States stated an objection for any release.  The

Court directed counsel to have discussions with the United States Marshals Office. Counsel for defendant Hodges stated that he has not seen the body cam yet and would request an additional thirty days for another status conference. Based on the discussion during the conference, and the Court being otherwise sufficiently advised, **IT IS HEREBY ORDERED** as follows:

(1)   This matter is set for a further status hearing on **March 26, 2024 at 12:30 p.m.** before the Honorable Rebecca Grady Jennings, United States District Judge.

(2)   Pursuant to 18 U.S.C. § 3161(h)(7)(A), (h)(7)(B)(i), (h)(7)(B)(ii), and (h)(7)(B)(iv), the Court finds **the period of delay from February 20, 2024 to March 26, 2024 is excludable in computing the time within which the trial must commence under the Speedy Trial Act**. The Court further finds that the ends of justice served by this delay outweigh the best interests of the public and the defendants in a speedy trial because failure to grant such a continuance would deny counsel for Defendant and the United States the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. *See* § 3161(h)(7)(B)(iv); *Zedner v. United States*, 547 U.S. 489 (2006). This continuance is not being granted "because of general congestion of the court's calendar, or lack of diligent preparation or failure to obtain available witnesses on the part of the attorney for the Government." § 3161(h)(7)(C).

**IT IS FINALLY ORDERED** that the Defendants shall remain in the custody of the United States Marshal pending further orders of the Court.

February 22, 2024

Rebecca Grady Jennings, District Judge
United States District Court

Copies to:	Counsel of record, United States Probation.


Court Time:  00/20
Court Reporter: April Dowell